# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>[ECF No. 12] |

Plaintiff Angel Rodriguez is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

Currently before the Court is Defendant's request for an extension of time to file a response to the first amended complaint, filed April 23, 2019.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant is granted to and including June 18, 2019, to respond to the first amended complaint.

IT IS SO ORDERED.

Dated: __**April 23, 2019**__

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1