UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO AMEND<br><br>(Doc. Nos. 25, 26) |

　　　　Plaintiff Angel Rodriguez is a federal prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to the Federal Tort Claims Act. *See* 28 U.S.C. §§ 1346(b), 2674. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 15, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to amend his complaint be denied on the grounds that any such amendment would be futile. (Doc. No. 26.) The findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto must be filed within fourteen (14) days of service of the order. (*Id.* at 3.) No objections have been filed and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 15, 2019 (Doc. No. 26) are adopted in full; and
2. Plaintiff's motion to amend (Doc. No. 25) is denied.

IT IS SO ORDERED.

Dated: **January 12, 2020**

UNITED STATES DISTRICT JUDGE