UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 37, 43) |

Plaintiff Angel Rodriguez is a federal prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to the Federal Tort Claims Act. *See* 28 U.S.C. §§ 1346(b), 2674. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment be denied. (Doc. No. 43.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service. (*Id*. at 9.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 8, 2021 (Doc. No. 43) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 37) is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 2, 2021**

                                                   UNITED STATES DISTRICT JUDGE