UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ANGEL RODRIGUEZ**, BOP # 99479-071 (VIA TELEPHONE)<br><br>DATE: February 7, 2022<br>TIME:  1:30 P.m. |

**Inmate Angel Rodriguez, BOP # 99479-071**, a necessary and material participant on his own behalf in proceedings in a telephonic trial confirmation hearing on February 7, 2022, is confined at the United States Penitentiary Pollock, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone from his present institution of confinement** before District Judge Dale A. Drozd on February 7, 2022, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by telephone** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the United States Penitentiary Pollock:**

**WE COMMAND** you to produce the inmate named above to appear by telephone from his present institution at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **January 13, 2022**

_____
UNITED STATES MAGISTRATE JUDGE