UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPEAR AT TRIAL VIA VIDEO AND MOTION TO SUBPOENA UNINCARCERATED WITNESSES AS PREMATURE<br><br>(ECF Nos. 60, 61) |

　　　　Plaintiff Angel Rodriguez is appearing pro se and in forma pauperis in this civil rights action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2674.

　　　　This case is currently set for a telephonic pretrial conference before United States District Judge Dale A. Drozd on January 7, 2022, at 1:30 p.m.

　　　　On January 18, 2022, Plaintiff filed a motion to appear at the trial via video and a motion to subpoena unincarcerated witnesses. (ECF Nos. 60, 61.)

　　　　Because no trial date as been set in this action, Plaintiff's motion to appear via video is premature and motion to subpoena unincarcerated witnesses are both premature. However, Plaintiff is advised that on December 15, 2021, the Court received witnesses fees for J. Ramos, M. Fontes, J. Zaragoza, and G. Cobb, and the Court will issue the necessary subpoenas after the case in due course and after the case is set for trial.

///

1

Accordingly, Plaintiff's motion to appear at the trial via video and motion for issuance of subpoenas are denied as premature.

IT IS SO ORDERED.

Dated: **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE