UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ANGEL RODRIGUEZ**, BOP # 99479-071 (VIA ZOOM)<br><br>DATE: June 7, 2022<br>TIME: 1:30 p.m. |

  **Inmate Angel Rodriguez, BOP # 99479-071**, a necessary and material participant on his own behalf in proceedings in a settlement conference on June 7, 2022, at 1:30 p.m., is confined at the United States Penitentiary Victorville, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by zoom videoconference from his present institution of confinement** before Magistrate Judge Barbara A. McAuliffe on June 7, 2022, at 1:30 p.m..

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by zoom videoconference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: The Warden of the United States Penitentiary Victorville:**

  **WE COMMAND** you to produce the inmate named above to appear by videoconference from his present institution at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:  **May 9, 2022**           _____
                       UNITED STATES MAGISTRATE JUDGE

