1

2

3

4

5

6

7

8                                 **UNITED STATES DISTRICT COURT**

9                                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANGEL RODRIGUEZ,                              )   Case No. 1:19-cv-00001-DAD-SAB (PC)
                                                  )
12             Plaintiff,                         )
                                                  )   ORDER GRANTING PLAINTIFF'S REQUEST
13      v.                                        )   FOR COPY OF TENTATIVE PRETRIAL ORDER
                                                  )   AND ORDER SETTING SETTLEMENT
14  UNITED STATES OF AMERICA,                     )   CONFERENCE
                                                  )
15             Defendant.                         )   (ECF No. 72)
                                                  )
16  _____    )

17          Plaintiff Angel Rodriguez is appearing pro se and in forma pauperis in this civil rights action

18  pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2674.

19          This case is set for a bench trial before District Judge Dale A. Drozd on August 2, 2022.  The

20  case is also set for settlement conference before Magistrate Judge Barbara A. McAuliffe on June 7,

21  2022, at 1:30 p.m.

22          Currently before the Court is Plaintiff's request for a copy of the tentative pretrial order and

23  order setting the settlement conference, filed May 16, 2022.  Plaintiff contends that due to his recent

24  transfer he has not yet received his legal property in order to timely comply with any deadlines.

25          Plaintiff is advised that "prisoners have a constitutional right of access to the courts," Bounds

26  v. Smith, 430 U.S. 817, 821 (1977), there is no constitutional right to receive photocopies free of

27  charge. Sands v. Lewis, 886 F.2d 1166, 1169 (9th Cir. 1990), overruled on other grounds by Lewis v.

28  Casey, 518 U.S. 343, 351 (1996); see also Jones v. Franzen, 697 F.2d 801, 803 (7th

                                                  1

Cir. 1983) ("[B]road as the constitutional concept of liberty is, it does not include the right to xerox."); Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) (finding no violation of "appellant's constitutional rights when [prison officials] refused to provide him with free photocopies…."); Reynolds v. Wagner, 128 F.3d 166, 183 (3d Cir. 1997) ( [T]here is no First Amendment right to subsidized [legal] mail or photocopying.").

The rule prohibiting free photocopies is the same for plaintiffs proceeding *in forma pauperis*. See In re Richard, 914 F.2d 1526, 1527 (6th Cir. 1990) (Title 28 U.S.C. section 1915 "waives only 'prepayment of fees and costs and security ...' [but] does not give the litigant a right to have documents copied and returned to him at government expense."); Hadsell v. Comm'r Internal Revenue Service, 107 F.3d 750, 752 (9th Cir. 1997); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) (explaining that title 28 U.S.C. section 1915—governing proceedings in forma pauperis—does not waive the payment of fees or expenses required for an indigent's witnesses); Tedder v. Odel, 890 F.2d 210, 211–12 (9th Cir. 1989) (per curiam) (quoting United States v. MacCollom, 426 U.S. 317, 321 (1976) (holding that "the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress," and that 28 U.S.C. section 1915 does not provide such authorization); Tabron v. Grace, 6 F.3d 147, 159 (3d Cir. 1993) (courts are not authorized "to commit federal monies for payment of necessary expenses in a civil suit brought by an indigent litigant.")

While Plaintiff is not entitled to free copies of his legal filings, in the interests of moving this case forward and assisting Plaintiff in preparing for the upcoming settlement conference and bench trial, the Court will make a one-time exception and send an additional copy of the tentative pretrial order (ECF No. 67) and order setting the settlement conference (ECF No. 68).

IT IS SO ORDERED.

Dated:  **May 18, 2022**

_____
UNITED STATES MAGISTRATE JUDGE