UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ANGEL RODRIGUEZ, BOP #99479-071 |

A settlement conference in this matter commenced on June 7, 2022. Inmate Angel Rodriguez, BOP #99479-071 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 7, 2022**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1