UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:19-cv-00001-DAD-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON UNINCARCERATED WITNESSES BY THE UNITED STATES MARSHAL<br><br>**SERVICE WITHIN 7 DAYS** |

Plaintiff Angel Rodriguez is appearing pro se and in forma pauperis in this civil rights action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2674. This matter is set for a bench trial before United States District Judge Dale A. Drozd on August 2, 2022, at 8:30 a.m. in Courtroom 5.

Plaintiff has submitted the required fees made payable to witnesses, Javier Ramos, Michael Fontes, Joel Zaragoza and G. Cobb, being commanded to appear at trial on August 2, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Clerk of the Court is directed to forward the following documents to the United States Marshal:

///

///

///

1

     a.    Four (4) completed and issued subpoena to be served on:

**Javier Ramos, Senior Officer Specialist**

**United States Penitentiary Atwater**
**1 Federal Way**
**Atwater, California 95301**

**Michael Fontes, Senior Officer Specialist**

**United States Penitentiary Atwater**
**1 Federal Way**
**Atwater, California 95301**

**Joel Zaragoza, Operations Lieutenant**

**United States Penitentiary Atwater**
**1 Federal Way**
**Atwater, California 95301**

**G. Cobb, Special Investigation Services Lieutenant**

**United States Penitentiary Atwater**
**1 Federal Way**
**Atwater, California 95301**

     b.    Four (4) completed USM-285 form;

     c.    One money order (#2218856813) in the amount of $77.15, made payable to Javier Ramos

     d.    One money order (#2218856814) in the amount of $77.15, made payable to Michael Fontes

     e.    One money order (#2218856815) in the amount of $77.15, made payable to Joel Zaragoza

     f.    One money order (#2218856816) in the amount of $77.15, made payable to G. Cobb

     g.    Five (5) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

///

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and the check in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service on the USM-285 form.

IT IS SO ORDERED.

Dated:   **July 1, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

3